

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00309-CV

**DICK B. SIMMONS, SR., AND
JULIE M. SIMMONS,**

**Appellants/Cross-Appellees**

**v.**

**WHITE KNIGHT DEVELOPMENT, LLC,**

**Appellee/Cross-Appellant**

**From the 361st District Court
Brazos County, Texas
Trial Court No. 18-001344-CV-361**

## ORDER

This appeal was referred to mediation on September 16, 2022. Mediation was to be held by November 15, 2022. On November 4, 2022, appellants' Motion to Set Aside the Order for Mediation was filed. In the motion, appellants' request the Referral for Mediation be set aside because appellants are in their 80's and cannot afford to pay the mediator's fee or pay any amount to settle the case.

In light of appellants' motion to set aside, the Referral to Mediation Order, issued

September 16, 2022, is stayed.

Because appellee/cross-appellant has not filed its briefs yet in this appeal, appellee/cross-appellant is ORDERED to file its briefs within 30 days from the date of this Order.

Appellants' Motion to Set Aside the Order for Mediation will be held in abeyance until further order of the Court.

PER CURIAM

Before Chief Justice Gray, and
    Justice Johnson
Mediation order stayed
Briefs due
Motion held in abeyance
Order issued and filed November 17, 2022
[RWR]

